In The

Court of Appeals

For The

First District of Texas

____________


NO. 01-07-00854-CR 

____________


ANTIONE ANTONIO BROWN, Appellant


V.


THE STATE OF TEXAS, Appellee






On Appeal from the 179th District Court 

Harris County, Texas

Trial Court Cause Nos. 1032993 






MEMORANDUM OPINION

 Appellant, Antione Antonio Brown, (1) pleaded guilty to the felony offense 
of aggravated robbery, and in accordance with his plea bargain agreement with the
State, the trial court sentenced appellant to confinement for 18 years. We dismiss the
appeal for lack of jurisdiction.

 In this case, the trial court sentenced appellant to punishment that fell within
the terms of the plea bargain agreement, and the trial court certified that this case is
a plea- bargain case and the defendant has no right to appeal. No written pretrial
motions were ruled on by the trial court. The trial court did not give its permission
for appellant to appeal. We conclude that the certification of the right of appeal filed
by the trial court is supported by the record and that appellant has no right of appeal
due to the agreed plea bargain. Tex. R. App. P. 25.2(a); Chavez v. State, 183 S.W.3d
675, 680 (Tex. Crim. App. 2006). 

 Accordingly, we dismiss the appeal for lack of jurisdiction. Any pending motions are denied as moot. PER CURIAM

Panel consists of Justices Nuchia, Hanks, and Higley.

Do not publish. Tex. R. App. P. 47.2(b).
1. Appellant is also known as Antwon Brown.